**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joe Clarence Smith,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>　　　　Respondents. | No. CV-12-00318-PHX-PGR<br><br>DEATH PENALTY CASE<br><br><br>**ORDER** |

　　　　Petitioner, a state prisoner under sentence of death, has filed a notice of intent to file a petition for writ of habeas corpus under 28 U.S.C. § 2254. For the purpose of setting a briefing schedule, a Case Management Conference will be held on **Tuesday, April 17, 2012, at 11:00 a.m.,** before the Hon. Paul G. Rosenblatt, in Courtroom 601, Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, Arizona. Prior to the conference, Petitioner's counsel is expected to meet with Petitioner and to review any published court rulings in Petitioner's case. Petitioner's counsel is further expected to contact Petitioner's state court counsel to obtain information about the case and to assemble prior counsel's files and records from the state proceedings. Absent a motion detailing significant delays, problems, or obstacles encountered in obtaining copies of pertinent files and records, the Court will not assist directly in obtaining such materials.

　　　　Prior to the conference, counsel shall confer with respect to the statute of limitations

1  and a proposed briefing schedule. Both parties should be prepared to articulate their
2  positions regarding the statute of limitations and to discuss any other issues which may affect
3  the filing of the habeas petition or efficient resolution of this matter. The Court intends to
4  set **firm deadlines** for the filing of the petition, responsive pleadings, motions for evidentiary
5  development, and any other pleadings the Court deems necessary. Absent extraordinary
6  circumstances justifying a continuance, the parties will be expected to adhere to the deadlines
7  set at this case management conference.

**IT IS SO ORDERED.**

DATED this 5th day of March, 2012.

Paul G. Rosenblatt
United States District Judge