**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joe Clarence Smith, | No. CV-12-00318-PHX-PGR |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| vs. | |
| | **ORDER** |
| Charles L. Ryan, et al., | |
| Respondents. | |

On April 30, 2012, the Court held a case management conference in this matter. In accordance with the discussion held during the conference,

**IT IS ORDERED**:

1. Petitioner shall file a Petition for Writ of Habeas Corpus no later than **November 9, 2012**.

2. Respondents shall file an Answer no later than **January 8, 2013**.

3. Petitioner shall file a Reply no later than **February 7, 2013**.

4. Any motion for evidentiary development shall be filed no later than **February 28, 2013**.

5. A response to any motion for evidentiary development shall be filed no later than **March 18, 2013**.

6. A reply to any response to a motion for evidentiary development shall be filed no later than **March 28, 2013**.

1   **IT IS FURTHER ORDERED** that, absent circumstances beyond counsel's control
2   justifying a continuance, the parties shall adhere to the deadlines set forth herein.

3   **IT IS FURTHER ORDERED** that the pleadings, briefs, and motions scheduled
4   herein shall conform to the format set forth in the Court's Order of Appointment and General
5   Procedures (Doc. 7).

6   **IT IS FURTHER ORDERED** that, based on the representations of Petitioner's
7   counsel during the case management conference, Respondents' Motion for Order Precluding
8   Contact with Victims (Doc. 17) is **DENIED WITHOUT PREJUDICE**.

9   **IT IS FURTHER ORDERED** that Respondents shall make every effort to facilitate
10  prison visitation between Petitioner and his counsel to ensure timely filing of the habeas
11  petition.

12  DATED this 1st day of May, 2012.

Paul G. Rosenblatt
United States District Judge