**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joe Clarence Smith, | No. CV-12-00318-PHX-PGR |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| vs. | |
| Charles L. Ryan, et al., | **ORDER** |
| Respondents. | |

**IT IS ORDERED** that Petitioner's Unopposed Motion for 7-Day Extension of Time to File Habeas Petition (Doc. 23) is granted.  The briefing schedule is reset as follows:

1. Petitioner shall file a Petition for Writ of Habeas Corpus no later than **December 21, 2012**.
2. Respondents shall file an Answer no later than **February 19, 2013**.
3. Petitioner shall file a Reply no later than **March 21, 2013**.
4. Any motion for evidentiary development shall be filed no later than **April 11, 2013**.
5. A response to any motion for evidentiary development shall be filed no later than **May 2, 2013**.

/ / /

/ / /

/ / /

6. A reply to any response to a motion for evidentiary development shall be filed no later than **May 13, 2013**.

DATED this 3rd day of December, 2012.

Paul G. Rosenblatt
United States District Judge