**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Joe Clarence Smith, | ) | No. CV-12-00318-PHX-PGR |
| Petitioner, | ) | <u>DEATH PENALTY CASE</u> |
| vs. | ) | |
| | ) | **ORDER** |
| Charles L. Ryan, et al., | ) | |
| Respondents. | ) | |
| | ) | |

Before the Court is Petitioner's unopposed motion for a 30-day continuance to file his reply brief.  The motion is based primarily on counsel's workload.  The Court will permit the instant request but cautions both parties that no further continuances will be authorized absent a showing of extraordinary circumstances and that workload does not constitute an extraordinary circumstance.  The Court expects the parties to adhere to the remaining deadlines and is not inclined to permit any further modification of the briefing schedule.

Based on the foregoing,

**IT IS ORDERED** that Petitioner's Unopposed Motion for 30-Day Extension of Time to File Reply (Doc. 31) is granted.  The briefing schedule is modified as follows:

1.    Petitioner shall file a Reply no later than **May 22, 2013**.

2.    Any motion for evidentiary development shall be filed no later than **June 12, 2013**.

3.      A response to any motion for evidentiary development shall be filed no later than **July 2, 2013**.

4.      A reply to any response to a motion for evidentiary development shall be filed no later than **July 11, 2013**.

**IT IS FURTHER ORDERED** that the briefing schedule set forth herein will not be modified absent a showing of extraordinary circumstances unrelated to counsel's workload.

DATED this 16th day of April, 2013.

Paul G. Rosenblatt
United States District Judge

- 2 -