**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joe Clarence Smith,<br><br>   Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>   Respondents. | No. CV-12-00318-PHX-PGR<br><br><u>DEATH PENALTY CASE</u><br><br><br>**ORDER** |

To ensure efficient review and adjudication of Petitioner's federal habeas claims, it is essential that the Court obtain a copy of the state court record. In the Order of Appointment and General Procedures entered on February 17, 2012, the Court stated that it would *sua sponte* request a copy of the superior court record from the Arizona Supreme Court and directed Respondents to file with their Answer the following parts of the appellate and post-conviction record:

  (1) The appellate and post-conviction briefs;

  (2) The opinions and dispositive orders of the post-conviction and appellate courts;

  (3) A complete copy of the post-conviction record on appeal; and

  (4) Any post-conviction hearing transcripts.

(Doc. 7 at 4.) Respondents filed their Answer on March 21, 2013. However, the accompanying exhibits did not include any of the responsive appellate and post-conviction briefs. Additionally, Respondents did not provide either a complete copy of the post-

conviction record on appeal or copies of post-conviction hearing transcripts (if any).

Accordingly,

**IT IS ORDERED** that within thirty (30) days of the filing date of this order, Respondents shall file copies of the following:

(1) The responsive appellate briefs in Arizona Supreme Court No. CR-04-0208-AP, including the State's answering brief and Petitioner's reply;

(2) The responsive post-conviction briefs in Maricopa County Superior Court No. 0000-095116 and Arizona Supreme Court No. CR 11-0336-PC, including the State's response to Petitioner's June 2011 petition for post-conviction relief, Petitioner's reply thereto, the State's opposition to Petitioner's October 2011 petition for review, and Petitioner's reply thereto; and

(3) In addition to the post-conviction briefs set forth in item (2), a complete copy of the post-conviction record on appeal, including all instruments, minute entries, and hearing transcripts (if any).

**IT IS FURTHER ORDERED** that the Clerk of the Arizona Supreme Court transmit to Brian Karth, Clerk, United States District Court, 401 West Washington Street, Suite 130, SPC 1, Phoenix, Arizona 85003-2118, the Record on Appeal in Maricopa County Superior Court No. 0000-095116, including all transcripts but excluding exhibits, filed as part of Joe Clarence Smith's appeal in Arizona Supreme Court No. CR-04-0208-AP.

**IT IS FURTHER ORDERED** that the Clerk of Court send a copy of this Order to: Janet Johnson, Clerk of the Arizona Supreme Court, 1501 W. Washington, Suite 402, Phoenix, Arizona 85007-3329.

DATED this 30th day of April, 2013.

Paul G. Rosenblatt
United States District Judge

- 2 -