**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joe Clarence Smith,<br><br>    Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. CV-12-00318-PHX-PGR<br><br><u>DEATH PENALTY CASE</u><br><br><br>**ORDER** |

Before the Court is Petitioner's second motion for an extension of time to file the reply brief. In its order granting Petitioner's first extension motion, the Court indicated that no further continuances would be authorized absent a showing of extraordinary circumstances and that workload does not constitute an extraordinary circumstance. The instant motion fails to set forth extraordinary circumstances.

**IT IS THEREFORE ORDERED** that Petitioner's Unopposed Motion for 21-Day Extension of Time to File Reply (Doc. 35) is denied.

DATED this 15th day of May, 2013.

Paul G. Rosenblatt
United States District Judge