**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joe Clarence Smith, | ) No. CV-12-00318-PHX-PGR |
| Petitioner, | ) <u>DEATH PENALTY CASE</u> |
| vs. | ) |
| Charles L. Ryan, et al., | ) **ORDER** |
| Respondents. | ) |

**IT IS ORDERED** that Petitioner's Motion for Reconsideration (Doc. 37) is granted. The briefing schedule is modified as follows:

1. Petitioner shall file a Reply no later than **May 29, 2013**.
2. Any motion for evidentiary development shall be filed no later than **June 19, 2013**.
3. A response to any motion for evidentiary development shall be filed no later than **July 9, 2013**.
4. A reply to any response to a motion for evidentiary development shall be filed no later than **July 18, 2013**.

///
///
///

**IT IS FURTHER ORDERED** that the briefing schedule set forth herein will not be further modified absent a showing of extraordinary circumstances unrelated to counsel's workload.

DATED this 16th day of May, 2013.

_____
Paul G. Rosenblatt
United States District Judge