**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joe Clarence Smith, | No. CV-12-00318-PHX-PGR |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| vs. | |
| Charles L. Ryan, et al., | **ORDER** |
| Respondents. | |

**IT IS ORDERED** that Respondents shall file a response to Petitioner's Motion to Alter or Amend Judgment Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure no later than ten (10) days following entry of this Order.

DATED this 29th day of April, 2014.

*[signature]*
Paul G. Rosenblatt
United States District Judge