**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Joe Clarence Smith, | ) CV 12-00318-PHX-PGR |
| Petitioner, | ) |
| | ) DEATH PENALTY CASE |
| vs. | ) |
| Charles L. Ryan, et al., | ) **ORDER** |
| Respondents. | ) |
| | ) |

The Court having considered Petitioner's Motion for Leave to File Reply to Response to Motion to Alter or Amend Judgment (Doc. 52), and good cause appearing,

IT IS ORDERED that the motion is granted.

DATED this 14th day of May, 2014.

Paul G. Rosenblatt
United States District Judge